Matthew Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone:  (415) 315-1653
Facsimile:   (415) 276-1902

Attorney for Plaintiff,
AGOSTINO GROSSI

*IT IS SO ORDERED*
*Judge Maria-Elena James*

Case is Dismissed without prejudice.
So ORDERED.
Dated: 9/22/2017

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGOSTINO GROSSI, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>BOSCO CREDIT, LLC, a business entity; FRANKLIN CREDIT MANAGEMENT CORP., a business entity; T.D. SERVICE FINANCIAL CORPORATION, a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-03100-MEJ<br><br>[Assigned to Hon. Maria-Elena James]<br><br>**DIMISSAL OF ACTION, WITHOUT PREJUDICE** |

　　　PLEASE TAKE NOTICE that Plaintiff, Agostino Grossi ("Plaintiff") hereby dismisses Northern District Case number 3:16-cv-03100-MEJ pursuant to Fed. Rule Civ. Proc. 41(a). No Answer or Motion for Summary Judgment has been filed in this action. Therefore, dismissal pursuant to Fed. Rule Civ. Proc. 41is appropriate. This dismissal is made without prejudice.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: September 22, 2017　　　　　MELLEN LAW FIRM


　　　　　　　　　　　　　　　　*/s/ Jessica Galletta*_____
　　　　　　　　　　　　　　　　Jessica Galletta, Esq.
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　AGOSTINO GROSSI